## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHANCE RAPP**                                                                 **PLAINTIFF**
*ADC #162008*


**v.**                                 **CASE NO: 4:26-CV-00210-BSM**


**TURN HEALTH CLINICS,** *et al.*                                       **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE